| AO 10<br>Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2009 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>ANDERSEN, WAYNE R. | 2. Court or Organization<br><br>U.S. DISTRICT COURT, NDIL | 3. Date of Report<br><br>04/30/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status, magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT COURT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>219 South Dearborn Street<br>Suite 1486<br>Chicago, Illinois 60604 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Rehabilitation Institute of Chicago |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

DISCLOSURE OFFICE RECEIVED 2010 MAY 10 A 10: 18

Andersen, Wayne R.

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSEN, WAYNE R. | 04/30/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | Year 2009 | Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSEN, WAYNE R. | 04/30/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3 | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSEN, WAYNE R. | 04/30/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Checking account Glenview State Bank | A | Interest | J | T | | | | | |
| 2. Checking account Chase Bank/formerly Bank One | A | Interest | J | T | | | | | |
| 3. West Point Bank Checking Account | A | Interest | J | T | | | | | |
| 4. IL. Judges Retirement System Pension Vested | E | Distribution | K | T | | | | | |
| 5. IL. Judges Retirement System Pension Vested | | None | J | T | | | | | |
| 6. IL. State Employees Retirement Vested | C | Distribution | J | T | | | | | |
| 7. U.S. Savings Bond | | None | L | T | | | | | |
| 8. US Savings Bond | | None | J | T | | | | | |
| 9. Northwestern Mutual Life Policies | | None | K | T | | | | | |
| 10. Deferred compensation. | | None | M | T | | | | | |
| 11. Abbott Labs | B | Dividend | K | T | Buy | 08/28/09 | K | | |
| 12. Adobe Systems Inc | | None | J | T | | | | | |
| 13. Adobe Systems Inc. | | None | | | Sold | 02/24/09 | J | | |
| 14. Aercap Holdings NV SHS | | None | J | T | | | J | | |
| 15. Aercap Holdings HV SHS | | None | J | T | | | J | | |
| 16. Annaly Capital Management Inc. REIT | B | Dividend | K | T | | | K | | |
| 17. Apple Inc | D | Dividend | K | T | | | K | | |

1. Income Gain Codes  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Archer Daniels Midland Conv | C | Dividend | K | T | Buy | 04/07/09 | K | | |
| 19. Artio Global High Income | A | Dividend | K | T | Buy | 09/17/09 | K | | |
| 20. AT&T Inc. | | None | K | T | | | K | | |
| 21. Avon Products Inc. | | None | | | Sold | 05/05/09 | J | | |
| 22. BP PLC Spon Adr | D | Dividend | K | T | | | K | | |
| 23. Bristol Myers Squibb Co. | C | Dividend | K | T | | | K | | |
| 24. Bristol Myers Squibb Co. | A | Dividend | J | | Buy (add'l) | 04/21/09 | J | | |
| 25. Cinemark Holdings Inc. | C | Dividend | J | T | Buy | 05/07/09 | J | | |
| 26. Cinemark Holdings Inc. | A | Dividend | J | T | Buy (add'l) | 11/23/09 | J | | |
| 27. CME Group Inc. | A | Dividend | J | T | | | | | |
| 28. CME Group Inc. | | None | J | T | | | | | |
| 29. EMC Corp Mass * | C | Dividend | J | T | | | J | | |
| 30. Family Dollar Stores | | None | J | T | Buy | 06/04/09 | J | | |
| 31. Family Dollar Stores | | None | J | T | Buy (add'l) | 06/05/09 | J | | |
| 32. Family Dollar Stores | | None | J | T | Buy (add'l) | 09/03/09 | J | | |
| 33. Gilead Sciences Inc. | B | Dividend | K | T | | | K | | |
| 34. Illinois College Plan | | None | M | T | Buy | 05/22/09 | M | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSEN, WAYNE R. | 04/30/2010 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Ishares Barclays Tips Bond Fund ** | | None | | | Sold | 02/20/09 | K | | |
| 36. Ishares Barclays Tips Bond Fund ** | A | Dividend | | | Sold | 02/20/09 | J | | |
| 37. LaSalle Hotel Properties SBI | | None | J | T | Buy | 02/05/09 | J | | |
| 38. McDonalds Corp. | D | Dividend | K | T | | | | | |
| 39. Call Monsanto Co (OPTION) | | None | J | T | Buy | 06/24/09 | J | | |
| 40. Call Monsanto Co. (OPTION) | | None | | | Sold | 06/16/09 | J | | |
| 41. Call Monsanto Co (OPTION) | | None | J | T | Buy | 10/05/09 | J | | |
| 42. Call Monsanto Co. (OPTION) | | None | | | Sold | 09/11/09 | J | | |
| 43. Nat'l Bank Greece SA Spon ADR | | None | | | Sold | 07/20/09 | J | | |
| 44. Procter & Gamble Co. | | None | | | Sold | 06/22/09 | K | | |
| 45. Questar Corp | | None | | | Sold | 01/26/09 | K | | |
| 46. Rosetta Stone | | None | J | T | Buy | 06/26/09 | K | | |
| 47. SPDR Gold Trust (mutual fund) | A | Dividend | | | Sold | 02/20/09 | J | A | |
| 48. SPDR Gold Trust (mutual fund) | B | Dividend | | | Buy | 03/06/09 | J | | |
| 49. SPDR Gold Trust (mutual fund) | B | Dividend | | | Sold | 10/08/09 | K | C | |
| 50. Symantec | | None | | | Sold | 01/26/09 | J | | |
| 51. Syngenta AG Spon ADR | C | Dividend | | | Sold | 05/12/09 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSEN, WAYNE R. | 04/30/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. TCW Total Return Bond Fund | A | Dividend | K | T | Buy | 06/22/09 | K | | |
| 53. Teva Pharmaceuticals IND LTD | B | Dividend | J | T | Buy | 09/04/09 | J | | |
| 54. United Technologies Corp. | | None | | | Sold | 07/16/09 | K | | |
| 55. Verisk Analytics Inc. CL A | A | Dividend | J | T | Buy | 10/26/09 | J | | |
| 56. Verisk Analytics Inc. CL A | A | Dividend | J | T | Buy (add'l) | 11/16/09 | J | | |
| 57. Viacom Inc. MW | A | Dividend | J | T | Buy | 05/13/09 | J | | |
| 58. Wal Mart Stores Inc. | | None | | | Sold | 01/08/09 | J | | |
| 59. Walt Disney Co. (Holding Co.) Disney com | D | Dividend | | | Sold | 04/23/09 | J | D | |
| 60. American Century 20th Mutual Funds [The Ultra Fund] | A | Dividend | L | T | | | | | |
| 61. Janus Mutual Funds [The Overseas Fund] | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSEN, WAYNE R. | 04/30/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

USBS Financial Services, Inc. is the custodian of my IRA account. UBS Financial Services, Inc. and Smith Moore & Company invest cash on hand in accounts held in their name in money market funds, which we believe, they choose and manage.

\* EMC was listed as sold in my 2008 Financial Disclosure, when in fact, it was a partial sale. I still own ☐ shares of this stock

\*\* Ishares Barclays Tips Bond Fund had been purchased in 2008, but I erroneously failed to report the purchase. The shares have been sold, as indicated on my 2009 Financial Disclosure

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSEN, WAYNE R. | 04/30/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544